# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No 21-1032V

| | |
|---|---|
| NORA WYMAN,<br><br>　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　Respondent. | Chief Special Master Corcoran<br><br><br>Filed: August 14, 2023 |

## DAMAGES ORDER – SPECIAL PROCESSING UNIT

On March 5, 2021, Nora Wyman filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[1] (the "Vaccine Act"). On August 7, 2023, Respondent filed a Rule 4(c) Report. In the report, Respondent conceded that Petitioner was entitled to compensation. On August 14, 2023, a Ruling on Entitlement was issued, which held Petitioner is entitled to compensation. **Thus, this case is now in the damages phase**.

**The parties are reminded that they should not retain a medical expert, life care planner, or other expert without consulting with each other and the Chief Special Master.**[2] If counsel retains an expert without so consulting in advance, reimbursement of those costs may be affected.

**The following is ORDERED: Petitioner's deadline to file a status report updating me on the progress made toward informally resolving the issue of damages remains due by Thursday, September 07, 2023**.

---

[1] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

[2] If the parties feel that a life care plan is necessary, they are encouraged to consider the possibility of engaging a joint life care planner. Selecting a joint life care planner can often cut months from the time period between an entitlement determination and the award of damages. With a joint life care planner, the damages process moves more quickly and with less contention. When a joint life care planner is not used, the life care planners should work together to coordinate interviews and site visits in order to avoid delay and duplication of effort.

Any questions about this order or about this case generally may be directed to OSM staff attorney **Francina Segbefia at (202) 357-6358 or Francina_Segbefia@cfc.uscourts.gov.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master